**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

PREFERABLE HQ, LLC

CASE NO. 8:13-bk-06891-CED
CHAPTER 7

Debtor(s)
_____/

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

COMES NOW, Christine L. Herendeen, as Trustee of the above-captioned matter, and respectfully states that, pursuant to the orders of distribution, she has disbursed the entire amount in the Trustee's account, and all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant | Amount |
|---|---|---|---|
| 7 | 1015 | Sterling Resource Funding Corp.<br>Sterling National Bank, Attn. Ben Katz<br>500 Seventh Avenue, 3rd Floor<br>New York, NY 10018 | $24,411.00 |

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to 11 U.S.C. § 347 and Fed. R. Bankr. P. 3011, the Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the amount of $24,415.12 to the clerk of the court for deposit in the "unclaimed funds account," and states that the claimants entitled thereto are as listed above.

I hereby certify that on April 27, 2023 a true and correct copy of the above and foregoing has been furnished to the U.S. Trustee, 501 E. Polk Street, Ste. 1200, Tampa, FL, 33602.

Respectfully submitted,

/s/ Christine L Herendeen
Christine L. Herendeen, Trustee
P.O. Box 152348
Tampa, FL 33684
(813) 438-3833